*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



07 CIV 8687

------------------------------------------------------------x
U.S. UNDERWRITERS INSURANCE COMPANY,

                      Plaintiff,

                 -against-

ABYSSINIAN DEVELOPMENT CORPORATION, A.
L. EASTMOND & SONS, INC., EASTMOND & SONS
BOILER REPAIR & WELDING SERVICE, INC.,
TEAMS HOUSING DEVELOPMENT FUND
COMPANY, DESIREE BRAITHWAITE,

                      Defendants.
------------------------------------------------------------x

OCT 0 9 2007
RULE 7.1 STATEMENT
CASHIERS

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. UNDERWRITERS INSURANCE COMPANY, a private non-governmental party, certifies that the corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held, are: Berkshire Hathaway, Mount Vernon Insurance Company and U.S. Liability Insurance Group.

DATED:    Mineola, New York
               October 8, 2007

                                          MIRANDA SOKOLOFF SAMBURSKY
                                          SLONE VERVENIOTIS LLP
                                          Attorneys for Plaintiff
                                          **U.S. UNDERWRITERS**
                                          **INSURANCE COMPANY**

                                  By:_____
                                        Steven Verveniotis
                                        240 Mineola Boulevard
                                        The Esposito Building
                                        Mineola, New York 11501
                                        (516) 741-7676
                                        Our File No.: 07-517