UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
U.S. UNDERWRITERS INSURANCE COMPANY,

            Plaintiff,

   -against-

ABYSSINIAN DEVELOPMENT CORPORATION, A.L. EASTMOND & SONS, INC., EASTMOND & SONS BOILER REPAIR & WELDING SERVICE,

           Defendants.
------------------------------x

No. 07-cv-8687 (WHP)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Abyssinian Development Corporation ("Abyssinian") certifies that Abyssinian is a domestic not-for-profit corporation organized pursuant to the laws of the State of New York, and that there are no corporations owning ten percent or more of Abyssinian's stock.

Dated: New York, New York
      November 5, 2007

                               **WINDELS MARX LANE & MITTENDORF, LLP**

                               By: _____
                                  Stephen M. DeHoff (SD-3213)
                                  156 West 56th Street
                                  New York, New York 10019
                                  (212) 237-1000

                                  *Attorneys for Defendant*
                                  *Abyssinian Development Corporation*

{10423296:1}