UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
U.S. UNDERWRITERS INSURANCE COMPANY                    07 CIV 8687

        Plaintiffs

 -against-            **RULE 7.1 STATEMENT**

ABYSSINIAN DEVELOPMENT CORPORATION, A.L.
EASTMOND & SONS, INC., EASTMOND & SONS
BOILER REPAIR & WELDING SERVICES, INC.,
TEAMS HOUSING DEVELOPMENT FUND
COMPANY, DESIREE BRAITHWAITE,

        Defendants.
-------------------------------------------------------------------- X

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for A.L. EASTMOND & SONS, INC. and EASTMOND & SONS BOILER REPAIR & WELDING SERVICES, INC. (collectively "Eastmond") certified that Eastmond are private for profit corporations duly organized pursuant to the laws of the State of New York.

Dated: White Plains, New York
    December 19, 2007

           Yours, etc.,

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    By: Richard L. Reiter, Esq. (RR8786)
      Guy Levasseur, Esq. (GL 8406)
      Attorneys for Answering Defendants
      A.L. EASTMOND & SONS, INC.,
      EASTMOND & SONS BOILER REPAIR &
      WELDING SERVICES, INC.
      3 Gannett Drive
      White Plains, New York 10604
      (914) 323-7000
      File No. 10739.00013

1843754.1

TO:  Steven Verveniotis
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP
Attorneys for Plaintiff
U.S. UNDERWRITERS INSURANCE COMPANY
240 Mineola Boulevard
Mineola, New York 11501

Frank D. Savinon
Attorneys for Defendant
DESIREE BRAITHWAITE
350 Fifth Avenue, Suite 3120
New York, New York 10118
(212) 268-7900

Stephen M. DeHoff
Windels Marx Lane & Mittendorf, LLP
Attorneys for Abyssinian Development Corporation
156 West 56th Street
New York, New York 10019

TEAMS HOUSING DEVELOPMENT FUND COMPANY
Defendant, Pro Se
175 West 137th Street
Bronx, New York 10030

1843754.1