**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

I, ROSEANN DELCIELO, being sworn, say: I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York.

On December 20, 2007 served the within **ANSWERS TO PLAINTIFF'S COMPLAINT AND BRAITHWAITE'S CROSS-CLAIM AND CROSS-CLAIMS AGAINST ABYSSINIAN AND TEAMS** at the address designated by said attorney for that purpose by depositing a true copy of same enclosed properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York and by facsimile at the number designated for same:

TO: Steven Verveniotis
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP
Attorneys for Plaintiff
U.S. UNDERWRITERS INSURANCE COMPANY
240 Mineola Boulevard
Mineola, New York 11501

Frank D. Savinon
Attorneys for Defendant
DESIREE BRAITHWAITE
350 Fifth Avenue, Suite 3120
New York, New York 10118

Stephen M. DeHoff
Windels Marx Lane & Mittendorf, LLP
Attorneys for Abyssinian Development Corporation
156 West 56th Street
New York, New York 10019

(CONTINUED)

1843721.1

- 2 -

TEAMS HOUSING DEVELOPMENT FUND COMPANY
Defendant, Pro Se
175 West 137th Street
Bronx, New York 10030

_____
ROSEANN DELCIELO

Sworn to before me this
20TH day of December, 2007

_____
Notary Public
NANCY NAUMAN
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 2010

1843721.1