UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
U.S. UNDERWRITERS INSURANCE          :
COMPANY,                             :    No. 07-cv-8687 (WHP)
                                     :
                    Plaintiff,       :
                                     :
        -against-                    :    **ANSWER TO CROSS-CLAIMS**
                                     :
ABYSSINIAN DEVELOPMENT               :
CORPORATION, A.L. EASTMOND & SONS,   :
INC., EASTMOND & SONS BOILER REPAIR &:
WELDING SERVICE, TEAMS HOUSING       :
DEVELOPMENT FUND COMPANY and         :
DESIREE BRAITHWAITE,                 :
                                     :
                    Defendants.
------------------------------------------------X

      Abyssinian Development Corporation ("ADC"), by its attorneys, Windels Marx Lane & Mittendorf, LLP, hereby answers the cross claims of Defendants A.L. Eastmond & Sons, Inc., Eastmond & Sons Boiler Repair & Welding Services, Inc. (collectively "A.L. Eastmond") and Desiree Braithwaite ("Braithwaite") as set forth below:

      1.    ADC denies each and every cross-claim contained in paragraph "FORTIETH" of Defendant A.L. Eastmond's complaint.

      2.    ADC denies each and every cross-claim contained in paragraph 39 of Braithwaite's complaint.

{10429925:1}

**WHEREFORE**, Defendant Abyssinian Development Corporation respectfully requests that the Court enter judgment dismissing the Cross-Claims, together with costs, attorneys' fees and disbursements, in addition to such other, further relief as the Court deems just and proper.

Dated: December 20, 2007
      New York, New York

                         WINDELS MARX LANE & MITTENDORF, LLP

                        By: _____
                             Stephen M. DeHoff (SD-3213)
                             156 West 56th Street
                             New York, New York 10019
                             (212) 237-1000
                             *Attorneys for Defendant Abyssinian Development Corporation*

To:    Fischer & Burstein, P.C.
        350 Fifth Avenue, Suite 3120
        New York, New York 10118
        (212) 268-7900

        Wilson Elser Moskowitz Edelman & Dicker LLP
        3 Gannet Drive
        White Plains, New York 10604
        (914) 323-7000