UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
U.S. UNDERWRITERS INSURANCE         :
                                    :
            Plaintiff,              :
                                    :
       -against-                    :   07 Civ. 8687 (BSJ)(THK)
                                    :
                                    :
ABYSSINIAN DEVELOPMENT, et al.      :   **SCHEDULING ORDER**
                                    :
                                    :
            Defendants.             :
------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED:

1. All fact discovery shall be completed by November 17, 2008.

2. Motions for summary judgment shall be filed by December 15, 2008; responses shall be filed by January 9, 2009; replies, if any, shall be filed by January 19, 2009.

3. If no summary judgment motions are filed, the parties shall submit a final pre-trial order by December 19, 2008.

4. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the

need for formal motions. A responsive letter should be submitted within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: July 16, 2008
       New York, New York